1238620

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

PEDRO WILSON HERNANDEZ-CASTILLO

## WARRANT FOR ARREST

CASE NUMBER: 1:06-M-109M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest PEDRO WILSON HERNANDEZ-CASTILLO
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
ILLEGAL REENTRY AFTER BEING A PREVIOUSLY DEPORTED ALIEN

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2)

DAVID L. MARTIN
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

David L Martin
Signature of Issuing Officer

10-25-06 PROVIDENCE, RHODE ISLAND
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Suffolk County by ICE | | |
| DATE RECEIVED 10/25/2006 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 10/27/2006 | | |

This form was electronically produced by Elite Federal Forms, Inc.