RECEIVED
NOV -1 2006
U.S. DISTRICT COURT
DISTRICT OF R.I.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 06 123 |
| v. | ) | CR. NO. |
| | ) | In Violation of 8 U.S.C. |
| | ) | §§ 1326(a) and (b)(2) |
| PEDRO WILSON HERNANDEZ-CASTILLO | ) | |

**INDICTMENT**

The Grand Jury charges that:

On or about October 15, 2006, Defendant PEDRO WILSON HERNANDEZ-CASTILLO, an alien who had previously been deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States;

in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

LUIS M. MATOS
Assistant U.S. Attorney

ZECHARIAH CHAFEE
Assistant U.S. Attorney

DATE