**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-123T** |
| | ) | |
| **PEDRO WILSON HERNANDEZ-CASTILLO** | ) | |

---

## MOTION TO CONTINUE EMPANELMENT

Now comes the accused, Pedro Wilson Hernandez-Castillo, by and through his counsel, and moves this Honorable Court to continue this matter currently scheduled for empanelment for December 19, 2006. This Motion is filed in conjunction with a Motion for Enlargement of Time. In addition, in both motions the accused moves this Court for the exclusion of a total period of 30 days under the Speedy Trial Act.

In support of this motion counsel states that she needs the additional time to review the discovery with the defendant with the aid of an interpreter.

The Government and public will not be prejudiced by the delay, but will be benefitted by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial.

The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8).

Respectfully submitted
Pedro Wilson Hernandez-Castillo
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Zechariah Chafee, AUSA on the 4th day of December, 2006.

/s/ Marcy S. McElroy