UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-123-01T |
| | ) | |
| PEDRO HERNANDEZ-CASTILLO | ) | |

---

MOTION TO FILE SUPPLEMENTALOBJECTION TO PRESENTENCE REPORT OUT OF TIME

Now comes Pedro Hernandez-Castillo, the Defendant in the above captioned matter, and requests this Honorable Court to accept his supplemental objection to the presentence report out of time. After additional consultation with other attorneys in the office, defense counsel wishes to raise an additional issue regarding Mr. Heranandez-Castillo's presentence report.

Respectfully submitted
Pedro Hernandez-Castillo
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Zechariah Chafee, AUSA and Heather McLoughlin, USPO on the 22nd day of March, 2007.

/s/ Mary S. McElroy