**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-123T** |
| | ) | |
| **PEDRO WILSON HERNANDEZ-CASTILLO** | ) | |

---

## NOTICE OF APPEAL

Now comes the accused, Pedro Wilson Hernandez-Castillo, by and through his counsel, and hereby notices the appeal of his sentence in this case to the First Circuit Court of Appeals.

Respectfully submitted
Pedro Wilson Hernandez-Castillo
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

## CERTIFICATION

I hereby certify that I electronically filed and served a copy of the within on Zechariah Chafee, AUSA on the 30th day of March 2007.

/s/ Mary S. McElroy